UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WEI YE ) | | |
|     Petitioner ) | | |
| ) | | |
| v. ) | | CIVIL ACTION |
| ) | | NO. 04-11590-NG |
| LUIS SPENCER ) | | |
|     Respondent ) | | |
| ) | | |

**RESPONDENT'S SUPPLEMENTAL APPENDIX
TO MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**

The respondent files the following documents as his supplemental appendix to his Motion to Dismiss Petition for Writ of Habeas Corpus:

1. Docket Sheets, *Commonwealth v. Wei Ye*, 1998 MICR No. 00108; and

2. Docket Sheets, *Wei Ye v. Commonwealth*, No. SJ-2002-0059.

                                              Respectfully submitted,

                                              THOMAS F. REILLY
                                              ATTORNEY GENERAL

                                              _/s/ Daniel I. Smulow_
                                              Daniel I. Smulow, BBO 641668
                                              Assistant Attorney General
                                              Criminal Bureau
                                              One Ashburton Place
                                              Boston, Massachusetts 02108
                                              (617) 727-2200 ext. 2949

Dated: September 13, 2004

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on Stephen B. Hrones, Esq., Hrones & Garrity, Lewis Wharf - Bay 232, Boston MA, 02110, by first class mail, postage prepaid, on September 13, 2004.

_____
Daniel I. Smulow

MAS-20020121　　　Case 1:04-cv-11590-NG   Document 6   Filed 09/14/2004   Page 3 of 11
Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Criminal Docket
08/19/2004
11:13 AM

## MICR1998-00108
## Commonwealth v Ye, Wei H

| | | | |
|---|---|---|---|
| File Date | 01/29/1998 | Status | Disposed (appeal denied) (dapden) |
| Status Date | 06/15/2004 | Session | 4 - Crim 4 (8B Cambridge) |
| Jury Trial | Yes | Origin | I - Indictment |
| Lead Case | | | |

| | | | | |
|---|---|---|---|---|
| Trial Deadline | 02/04/1999 | Deadline Status | Deadline active since return date | Status Date 02/05/1998 |
| | | Custody Status | | Start Date |
| Weapon | | Substance | | Prior Record  Unknown |
| Arraignment | 02/04/1998 | PTC Deadline | | Pro Se Defendant  No |

### OFFENSES

| Num | Offense | Code | Status | Status Date |
|---|---|---|---|---|
| 1 | 10/31/1997<br>Home invasion | 265:018C.1 | Guilty verdict | 10/23/1998 |
| 2 | 10/21/1997<br>Robbery, armed, masked/disguised | 265:017.2 | Guilty verdict | 10/23/1998 |
| 3 | 10/31/1997<br>Kidnap | 265:026.1 | Guilty verdict | 10/23/1998 |
| 4 | 10/31/1997<br>Kidnap | 265:026.1 | Guilty verdict | 10/23/1998 |
| 5 | 10/31/1997<br>Kidnap | 265:026.1 | Guilty verdict | 10/23/1998 |
| 6 | 10/31/1997<br>Assault, dangerous weapon | 265:015B:b | Guilty verdict | 10/23/1998 |
| 7 | 10/31/1997<br>Assault, dangerous weapon | 265:015B:b | Guilty verdict | 10/23/1998 |
| 8 | 10/31/1997<br>Assault, dangerous weapon | 265:015B:b | Guilty verdict | 10/23/1998 |
| 9 | 10/31/1997<br>Assault & battery | 265:013A.2 | Guilty verdict | 10/23/1998 |
| 10 | 10/31/1997<br>Assault & battery | 265:013A.2 | Guilty verdict | 10/23/1998 |
| 11 | 10/31/1997<br>Assault & battery | 265:013A.2 | Guilty verdict | 10/23/1998 |

### PARTIES

**Defendant**
Wei H Ye
Gender: Unknown
Active 01/29/1998

**Private Counsel 057940**
Thomas F Broderick
8 Faneuil Hall Marketplace
Boston, MA 02109
Phone: 617-523-3649
Withdrawn 02/19/1999

SA0001

Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Criminal Docket

## MICR1998-00108
## Commonwealth v Ye, Wei H

**Plaintiff**
Commonwealth
Gender: Unknown
Active 01/29/1998

**Private Counsel 242860**
Stephen Hrones
Hrones & Garrity
Lewis Wharf Bay 232
Boston, MA 02110-3903
Phone: 617-227-4019
Fax: 617-227-3908
Active 02/19/1999 Notify

**District Atty's Office 561768**
Ann T McGonigle
Suffolk University Law School
120 Tremont Street
Boston, MA 02108-4977
Phone: 617-573-8558
Fax:
Withdrawn 09/10/1998

**District Atty's Office 567827**
Anne S Edwards
Mass Atty General's Office
200 Portland Street
3rd floor
Boston, MA 02114
Phone: 617-727-2200
Fax: 617-727-3076
Active 09/10/1998 Notify

**District Atty's Office 564031**
Eric R Barber-Mingo
Ruberto Israel & Weiner PC
100 North Washington Street
Boston, MA 02114-2128
Phone: 617-742-4200
Fax: 617-742-2355
Active 11/13/2001 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 01/29/1998 | 1.0 | Indictment returned |
| 02/04/1998 | | Appearance of Commonwealth's Atty: McGonigle |
| 02/04/1998 | | Appearance of Deft's Atty: Broderick |
| 02/04/1998 | | Deft arraigned before Court(Judith A Cowin, Regional Administrative Justice) |
| 02/04/1998 | | RE offense 1: Plea of not guilty |
| 02/04/1998 | | RE offense 2: Plea of not guilty |
| 02/04/1998 | | RE offense 3: Plea of not guilty |
| 02/04/1998 | | RE offense 4: Plea of not guilty |
| 02/04/1998 | | RE offense 5: Plea of not guilty |
| 02/04/1998 | | RE offense 6: Plea of not guilty |

SA0002

Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Criminal Docket

## MICR1998-00108
## Commonwealth v Ye, Wei H

| Date | Paper | Text |
|---|---|---|
| 02/04/1998 | | RE offense 7: Plea of not guilty |
| 02/04/1998 | | RE offense 8: Plea of not guilty |
| 02/04/1998 | | RE offense 9: Plea of not guilty |
| 02/04/1998 | | RE offense 10: Plea of not guilty |
| 02/04/1998 | | RE offense 11: Plea of not guilty |
| 02/04/1998 | | Bail set: $25,000 Cash (Judith A Cowin, Regional Administrative Justice) |
| 02/04/1998 | | Bail Warning Read In Open Court |
| 02/04/1998 | | Continued until 3/3/98 PTC |
| 02/04/1998 | | Reporter present: Barbara Marigliano |
| 02/04/1998 | 2.0 | Commonwealth Files Notice Of Discovery |
| 02/04/1998 | 3.0 | Commonwealth Files Statement Of The Case |
| 02/09/1998 | 4.0 | Mittimus 001 not recog. indictments returned with service |
| 03/03/1998 | 5.0 | Pre-trial conference report |
| 04/02/1998 | | Continued until 04/23/98 Motion to Dism, 05/19/98 Motion to Suppress & 07/13/98 Trial |
| 04/02/1998 | | Reporter present: Barbara Marigliano |
| 04/02/1998 | 6.0 | Motion For Discovery Of Grand Jury Minutes |
| 04/24/1998 | 7.0 | Motion by Deft: To Dismiss |
| 04/24/1998 | | Motion (P#7) denied (Charles M Grabau, Justice) |
| 04/24/1998 | 8.0 | Commonwealth files Response To Defendant's Motion For Discovery II |
| 05/13/1998 | 9.0 | Request for Writ of Habeas Corpus issued to Middlesex County Jail (Cambridge) for 5/19/98 |
| 05/19/1998 | | Continued until 7/28/98 Trial |
| 05/19/1998 | | Reporter present: Joan Cave |
| 07/24/1998 | 10.0 | Writ of Habeas Corpus issued to Middlesex County Jail (Cambridge) for 07/28/98 |
| 07/24/1998 | 11.0 | Commonwealth Motion: To Continue |
| 07/24/1998 | | Motion (P#11) allowed (Maria I Lopez, Justice) |
| 09/10/1998 | | Request for Continuance Filed and Allowed (Lucie B Pasquale, CM) |
| 09/10/1998 | | Appearance of Commonwealth's Atty: Edwards-Schultze |
| 09/10/1998 | | Continued until 10/20/98 Trial |
| 10/05/1998 | 12.0 | Commonwealth Files Notice Of Discovery II |
| 10/05/1998 | 13.0 | Commonwealth files Potential List of Witnesses at Trial. |
| 10/15/1998 | 14.0 | Writ of Habeas Corpus issued to Middlesex County Jail (Cambridge) for 10/20/98 |
| 10/20/1998 | | sent to 8B |
| 10/21/1998 | 15.0 | Motion by Deft: To Order Sequestration of Witnesses during Trial Pursuant to Rule 21 of the MRCP, Filed in Court. |
| 10/21/1998 | | Motion (P#15) allowed (Charles T Spurlock, Justice) |
| 10/21/1998 | | Reporter present: Elizabeth Tyler |
| 10/22/1998 | 16.0 | Motion by Deft: For Required Finding of Not Guilty Pursuant to Rule 25 (a) of the Rules of Criminal Procedure, Filed in Court. |
| 10/22/1998 | | Motion (P#16) denied (Charles T Spurlock, Justice) |
| 10/22/1998 | | Trial Exhibits. |
| 10/22/1998 | 17.0 | 001 thru 011:Verdict Slips. |

SA0003

MAS-20020121  Case 1:04-cv-11590-NG   Document 6   Filed 09/14/2004   Page 6 of 11   08/19/2004
Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Criminal Docket
11:13 AM

## MICR1998-00108
## Commonwealth v Ye, Wei H

| Date | Paper | Text |
|---|---|---|
| 10/22/1998 | | Reporter present: Elizabeth Tyler |
| 10/23/1998 | | After charge and before deliberation, Jurors #7-Wm. Fox and #14-Amy Meyerhoeferwere withdrawn from panel, Ch.234A, S44 as amended, By the Court. (Charles T Spurlock, Justice) |
| 10/23/1998 | | RE offense 1: Guilty verdict |
| 10/23/1998 | | RE offense 2: Guilty verdict |
| 10/23/1998 | | RE offense 3: Guilty verdict |
| 10/23/1998 | | RE offense 4: Guilty verdict |
| 10/23/1998 | | RE offense 5: Guilty verdict |
| 10/23/1998 | | RE offense 6: Guilty verdict |
| 10/23/1998 | | RE offense 7: Guilty verdict |
| 10/23/1998 | | RE offense 8: Guilty verdict |
| 10/23/1998 | | RE offense 9: Guilty verdict |
| 10/23/1998 | | RE offense 10: Guilty verdict |
| 10/23/1998 | | RE offense 11: Guilty verdict |
| 10/23/1998 | | Bail revoked. Defendant committed into the custody of the Sheriff. |
| 10/23/1998 | | Reporter present: Elizabeth Tyler |
| 10/26/1998 | | 001:Sentence-MCI Cedar Junction for a term not exceeding 30 yrs. & 1 dy or less than 30 yrs.. 002, 003, 004 & 005:Sentence-MCI C.J. for a term not exceeding 10 yrs & 1 dy or less than 10 yrs., these sentences to be served concurrently with the sentence imposed in 001. 006, 007 & 008:Sent. MCI C.J. not exceeding 5 yrs & 1 dy or less than 5 yrs., these sentences to be served concurrently with the sentence imposed in 001. (Charles T Spurlock, Justice) |
| 10/26/1998 | | (001 thru 008) Mittimus issued to MCI Cedar Junction. |
| 10/26/1998 | | Notified of right of appeal under Rule 64 (Appellate Division) |
| 10/26/1998 | | Notified of right of appeal under Rule 65 (Appeal) |
| 10/26/1998 | | Sentence credit given as per 279:33A: 351 days. |
| 10/26/1998 | | 009, 010 & 011:On file defendant not objecting (Charles T Spurlock, Justice) |
| 10/26/1998 | | Attested copies of indictments sent to MCI Cedar Junction. |
| 10/26/1998 | 18.0 | Mittimus committing defendant into custody of Sheriff returned with service. |
| 10/26/1998 | | Reporter present: Elizabeth Tyler |
| 10/27/1998 | | Abstracts sent to the Criminal Information Bureau. |
| 10/28/1998 | 19.0 | Mittimus (001,002,003,004,005,006,007,008) MCI Cedar Junction returned with service |
| 11/02/1998 | 20.0 | Deft files Appeal from Sentence to MCI Cedar Junction. |
| 11/12/1998 | | Copies of indictment, docket entries and mittimus sent to the Clerk of the Appellate Division. |
| 11/12/1998 | 21.0 | Defendant's notice of appeal and request for transcripts for appeal. |
| 11/12/1998 | | Court Reporter Mary Leary is hereby notified to prepare one copy of the transcript of the evidence of 4/24/98-Motion to Dismiss.. 11/23/98-Order returned, sent to wrong address. |
| 11/12/1998 | | Court Reporter Elizabeth Tyler is hereby notified to prepare one copy of the transcript of the evidence of 10/21, 22, 23 & 26/98-Trial & |

SA0004

MAS-20020121  Case 1:04-cv-11590-NG   Document 6   Filed 09/14/2004   Page 7 of 11   08/19/2004
Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Criminal Docket
11:13 AM

## MICR1998-00108
## Commonwealth v Ye, Wei H

| Date | Paper | Text |
|---|---|---|
| | | Disposition. |
| 11/12/1998 | | Defendant's request for copy of docket entries. (copy sent to defn.) |
| 12/03/1998 | 22.0 | Pro Se Motion by Deft: to Revoke or Revise Sentence with Supporting Affidavit. |
| 03/31/1999 | | Court Reporter Barbara Urquhart is hereby notified to prepare one copy of the transcript of the evidence of 4/23/98 Motion to Dismiss (Grabau, J.). |
| 04/14/1999 | | Appearance of Deft's Atty: Hrones |
| 05/14/1999 | 23.0 | Rescript rec'd from Appellate Division. (001) Ordered: that the judgment imposing said sentence be amended by substituting for said sentence, a sentence to MCI Cedar Junction, for not more that 25 yrs. or less than 20 yrs.; 0 days of said sentence be deemed to have been served, the term to be computed from the time when the appealed sentence commenced operation. (Robert J. Shone, Asst. Clerk) |
| 05/14/1999 | 24.0 | Rescript rec'd from Appellate Division. (002-008) Ordered: that the judgments imposing said sentences stand and that said appeal be and is hereby dismissed. (Robert J. Shone, Asst. Clerk) |
| 06/07/1999 | 25.0 | Warrant Returned MCI Cedar Junction |
| 01/13/2000 | 26.0 | Two sets, one volume in each set of the Transcript of Evidence delivered to the office of the Clerk of Courts this day. (April 23, 1998 Motion to Dismiss Hearing - Court Reporter, Barbara T. Urquhart) |
| 01/13/2000 | 27.0 | Two sets, four volumes in each set of the Transcript of Evidence delivered to the office of the Clerk of Courts this day. (October 21, 22, 23 and 26, 1998 Trial - Court Reporter, Elizabeth C. Tyler) |
| 01/13/2000 | 28.0 | Notice of assembly of record, Two sets of the Transcripts of Evidence, two certified copies of docket entries and a List of Exhibits sent to the Clerk of the Appeals Court this day. |
| 01/13/2000 | | Notice of Assembly of Record sent to Martha Coakley, District Attorney and Attorney Hrones |
| 01/19/2000 | 29.0 | Appeals Court Notice of Entry: please note that the above-referenced case was entered in this Court on 1/13/00 |
| 09/25/2001 | 30.0 | Rescript received Appeals Court or SJC: Appeals Court:SJC]; judgment affirmed |
| 11/13/2001 | 31.0 | Commonwealth's Motion for Return of Victim's Property |
| 11/14/2001 | | Motion (P#31) allowed (Charles M. Grabau, Justice) certified copy to A.D.A. & copy to deft's atty. |
| 12/19/2001 | | Note on P#31 from Richard Corazzini stateing: I Richard Corazzini Detective from Lexington Ma Police received brown enamal cabinet door (exhibit #2) from the court on 12-19-02 Signed Richard Corazzini |
| 05/02/2002 | 32.0 | Motion by Commonwealth: for Return of Cash Stolen from Victim (District Attorney Office to file Copy of this Motion with Spurlock, J Sitting in Suffolk) |
| 05/13/2002 | 33.0 | Notice of docket Entry and Judgement from the Supreme Judicial Court: This matter came before the Court Sosman, J presiding on a petition pursuant to GLc 211, S3 and upon consideration thereof, It is ORDERED the petition be and the same hereby is denied without a |

MAS-20020121  Case 1:04-cv-11590-NG   Document 6   Filed 09/14/2004   Page 8 of 11    08/19/2004
Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Criminal Docket
11:13 AM

# MICR1998-00108
## Commonwealth v Ye, Wei H

| Date | Paper | Text |
|---|---|---|
| | 33.0 | hearing. By the Court, Sosman, J |
| 07/15/2002 | | Motion (P#32) Allowed. (Spurlock, J.) Copy to ADA & both sides notifed. |
| 08/20/2002 | 34.0 | Motion by Commonwealth: for Immediate Return of Cash Stolen from Victim |
| 10/17/2002 | | Motion (P#34) Purusant to Judge Spurlocks Order of July 15, 2002 , the Commonwealths Motion is Allowed. (Charles Grabau , Regional Administration Justice) |
| 10/30/2002 | 35.0 | Motion by Commonwealth: to Amend Motion for Immediate Return of Cash Stolen from Victim |
| 10/30/2002 | | Motion (P#35) allowed (Charles Grabau, Justice). Cash Totalling $1308.00 Returned to the Victim Rha this Day |
| 06/15/2004 | 36.0 | Rescript received from SJC; judgment AFFIRMED It is ORDERED and ADJUDGED that the following entry of Judgment be and the same hereby is, made: "Judgment affirmed. by the Court (Spina, J.) |

## Supreme Judicial Court and Appeals Court of Massachusetts
### Public Case Information



- Home
- Case Search
  - Docket Number
  - Involved Party
  - Attorney Appearance
  - Lower Court
  - Lower Court Judge
- Court Calendars
- Help & Site Info
- Helpful Links
- Privacy Policy

Bottom >

# SUPREME JUDICIAL COURT
# for the Commonwealth
# Case Docket

**WEI H. YE vs. COMMONWEALTH**
**SJC-08785**

### CASE HEADER

| | | | |
|---|---|---|---|
| Case Status | Decided (Rescrpt Opinion) | Status Date | 04/01/2004 |
| Nature | Superintendence, c211, s3 | Entry Date | 05/23/2002 |
| Appellant | | Case Type | Criminal |
| Brief Status | Awaiting blue brief | Brief Due | 07/02/2002 |
| Quorum | Marshall, C.J., Greaney, Ireland, Spina, Cowin, Cordy, JJ. | | |
| Argued Date | 03/01/2004 | Decision Date | 04/01/2004 |
| AC/SJ Number | SJ-2002-0059 | Citation | 441 Mass. 1010 |
| DAR/FAR Number | | Lower Ct Number | |
| Lower Court | SJC for Suffolk County | Lower Ct Judge | Martha B. Sosman, J. |
| Route to SJC | Direct Entry: Appeal from Single Justice Order/Judgment | | |

### INVOLVED PARTY

Wei H. Ye
Pro Se Petitioner/Appellant
Awaiting blue brief

Commonwealth
Respondent/Appellee
Awaiting red brief

### ATTORNEY APPEARANCE

Thomas D. Ralph, A.D.A.
Peter D'Angelo, A.D.A.

### DOCKET ENTRIES

| Entry Date | Paper | Entry Text |
|---|---|---|
| 05/23/2002 | #1 | Entered. Notice to counsel. |
| 05/23/2002 | #2 | MOTION to Waive Filing Fee, filed for Wei H. Ye by Wei H. Ye, Pro Se. *ALLOWED as to fee waiver only. Notice to counsel. |
| 06/05/2002 | #3 | (9) copies of Appellant's appeal, filed by Wei H. Ye, Pro se. *Treating the within as filing an appeal from single justice, said filing is provisionally accepted. Appellant to advise this office forthwith if this matter is to proceed pursuant to Mass. R.A.P or SJC Rule 2:21. Susan Mellen, Clerk. Notice sent. |
| 06/11/2002 | #4 | Letter from Wei H. Ye: ...Please inform me of the proper mechanism used in these circumstances. |
| 11/07/2002 | #5 | Letter from Wei H. Ye re: Case status inquiry. Response sent. Previous filings accepted as nonconforming. |

| Date | # | Description |
|---|---|---|
| 12/31/2002 | #6 | NOTICE RE POLICY FOR EMERGENCY CANCELLATION OF COURT. |
| 03/18/2003 | #7 | Letter from Wei H. Ye to inquire regarding the case status. *Response sent 3/19/03. |
| 04/22/2003 | #8 | SUPPLEMENTAL CITATION Commonwealth vs. Andujar 57 Mass App Ct 529, 535-536 FN 7 (2003) filed for Wei H. Ye by Wei H. Ye, Pro se. *Referred to the quorum. |
| 12/01/2003 | #9 | Request For Ruling, filed by Wei H. Ye, Pro se. *Noted. Notice sent. |
| 01/08/2004 | #10 | LETTER from Commonwealth: The Commonwealth does not intend to file a brief in this matter. "The defendant's purported appeal pursuant to GL c.211, s.3, was simply a paraphrase of the issues in his appellate brief that were rejected by the Appeals Court. Accordingly the defendant's application for extraordinary relief...was appropriately denied and the defendant's appeal from the court's order is devoid of merit...." |
| 02/05/2004 | #11 | LETTER from Wei H. Ye requesting status of appeal. |
| 02/25/2004 | #12 | CLERK'S LETTER to Wei H. Ye informing him that the case will be submitted on his brief (no brief to be filed by the Commonwealth) to be considered by the March 2004 quorum. |
| 03/01/2004 | | Submitted on brief(s). (CJM G I S C CY). |
| 04/01/2004 | #13 | RESCRIPT (Rescript Opinion): Judgment affirmed. (By the Court) Reasons as on file. Notice sent. |

≤ Top

As of 04/14/2004 01:0



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

September 13, 2004

VIA U.S. MAIL

Anthony Anastas, Clerk
United States District Court
United States Courthouse
One Courthouse Way
Boston, Massachusetts 02210

Re: *Wei Ye v. Luis Spencer*
**Civil Action No. 04-11590-NG**

Dear Mr. Anastas:

Please find enclosed for filing in the above-entitled action Respondent's Supplemental Appendix to Motion to Dismiss Petition for Writ of Habeas Corpus.

Thank you for your assistance in this matter.

Very truly yours,

Daniel I. Smulow
Assistant Attorney General
Criminal Bureau

DIS/fhs

Enclosure
cc: Stephen Hrones, Esq. (with enclosure)